| | |
|---|---|
| 1 | Steven L. Stemerman, # 67690 |
| 2 | Andrew J. Kahn, # 129776 |
|   | DAVIS, COWELL & BOWE |
| 3 | 595 Market Street, Suite 1400 |
|   | San Francisco, CA 94105 |
| 4 | 415-597-7200 |
| 5 | *Attorneys for Defendant United Food and* |
|   | *Commercial Workers Local 8-Golden State* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALEY'S, a California corporation; VICKI LYNN LIKES, an individual; and LORI LYNN BELGER, an individual, | No. |
| Plaintiffs, | **PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441(a); 29 U.S.C. §§ 185(a) and 186 (FEDERAL QUESTION)** |
| v. | |
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8-GOLDEN STATE, a California incorporated labor association; and DOES 1-20, | |
| Defendants. | |

To the Clerk of the United States District Court for the Eastern District of California:

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant UFCW Local 8 –Golden State ("Defendant") hereby removes to this Court the state court action described below.

1. On or about Sept. 28, 2015, an action was commenced in the Superior Court of the State of California for the County of Sacramento. The case is entitled Raley's, a California corporation; Vicki Lynn Likes, an individual; and Lori Lynn Belger, an individual, Plaintiffs, v. United Food and Commercial Workers Local 8-Golden State, a California incorporated labor association; and Does 1-20, Defendant. The case was assigned number 34-2015-00184814-CU-

1   CO-GDS and the Complaint is attached hereto as Exhibit A.

2        2.      The first date on which Defendant received a copy of said complaint was on or about September 28, 2015, when Defendant was served with a copy of the said complaint and a summons from the said state court. A copy of the summons and other papers served therewith are attached hereto as Exhibit B.  The Complaint and Exhibit B constitute all papers served upon Defendant in this action.

       3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. section 1441(a) in that each cause of action involves the interpretation and application of a collective bargaining agreement governed by section 301 of the Labor Management Relations Act ("LMRA"), 29 USC section 185, and each cause of action includes a claim for breach of LMRA section 302, 29 USC section 186, over which this Court has jurisdiction under section 302 (e). This Court has supplemental jurisdiction over the other claims in the complaint under 28 U.S.C. § 1367, and these causes of action are removable under 28 U.S.C. § 1441(c).

       4.      There are no other defendants named in the suit other than Local 8; no Doe defendants have been specified and Defendant is aware of no person or entity meeting the description of Doe defendants contained in the Complaint.

       5.      Venue is proper in the United States District Court for the Eastern District of California because this action was brought in the Superior Court for the County of Sacramento California.

       6.      This Notice of Removal is filed in this Court within thirty days after Defendant received notice of this action; and within one year of commencement of the action.

       7.      Written notice of the filing of this Notice of Removal will be served on Plaintiffs' counsel on the same date that this Notice is filed. There are no other parties to this action.

       8.      A true and correct copy of this Notice will be filed with the Clerk of the Court of the Superior Court for the County of Sacramento.

//

Date:   October 2, 2015                    Respectfully submitted,

DAVIS, COWELL & BOWE

By: /s/ Andrew J. Kahn
    Andrew J. Kahn

*Attorneys for Defendant United Food and Commercial Workers Local 8-Golden State*